**No. 08-1315. Pharmacia Corporation, et al., Petitioners v. Alaska Electrical Pension Fund, et al.**

559 U.S. 1116, 130 S. Ct. 2401, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3687.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 554 F.3d 342.

**No. 09-1042. Bhupendra K. Shah, Petitioner v. New York State Department of Civil Service, et al.**

559 U.S. 1116, 130 S. Ct. 2429, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3818, ▇

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 341 Fed. Appx. 670.

**No. 09-9336. Ofidio Bonilla, Petitioner v. John Jaronczyk, et al.**

559 U.S. 1116, 130 S. Ct. 2407, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3808.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 579.

**No. 09-9376. Richard Kearney, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility.**

559 U.S. 1116, 130 S. Ct. 2409, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3759.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-9626. Isidro Abascal, Petitioner v. Steve Jarkos, et al.**

559 U.S. 1116, 130 S. Ct. 2415, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3684.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 357 Fed. Appx. 388.

**No. 09-9954. Jose Hernando Rodriguez, Petitioner v. United States.**

559 U.S. 1116, 130 S. Ct. 2423, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3692.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 370 Fed. Appx. 135.